AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
2021 OCT 19 PM 4:44
UNITED STATES MARSHALS
COLUMBIA, SC

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) Case No. 0:21-692 |
| BEVERLY LEIGH ANN HAMPTON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BEVERLY LEIGH ANN HAMPTON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 841(a)(1)
Title 21, United States Code, Section 841(b)(1)(C)

Date: 10/19/2021

City and state:   Columbia, South Carolina

s/Angie Snipes
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* OCT 19 2021, and the person was arrested on *(date)* 10/29/21
at *(city and state)* Columbia, SC.

Date: 11/1/21

DEA SA Chuck Macon
*Arresting officer's signature*

By: P. Schwartz, IA
*Printed name and title*